# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:12CR00243 JLH | |
| MARCUS BLACKMAN<br>and DEMETRIUS KELLEY | DEFENDANTS |

### ORDER

The Court has determined that the jury trial of this matter scheduled for Monday, February 10, 2014, should be continued due to forecasted inclement weather predicted to hit the state on that date. Counsel have been consulted and provided alternate dates for rescheduling, and have no objection.

IT IS THEREFORE ORDERED that the jury trial of this matter is hereby rescheduled to begin at **9:15 a.m. on TUESDAY, FEBRUARY 18, 2014**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial.

IT IS SO ORDERED this 7th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE