**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                         PLAINTIFF

v.                                              No. 4:12CR00243 JLH

MARCUS BLACKMAN
and DEMETRIUS KELLEY                                                                                           DEFENDANTS

**ORDER**

On the 18th day of February, 2014, this matter came before the Court for trial. The defendants, Marcus Blackman and Demetrius Kelley, appeared in person and through their respective attorneys, Mark A. Jesse and William P. Luppen. The United States was represented by Assistant United States Attorneys Anne E. Gardner and Cameron C. McCree. A jury of twelve and one alternate was seated and sworn. Presentation of the evidence was concluded on the afternoon of February 18, 2014. Closing arguments were made and the jury was instructed on the law that afternoon.

On the evening of February 18, 2014, the jury reported that it was hopelessly deadlocked. Therefore, the Court hereby declares a mistrial. A new trial date will be set by separate order.

IT IS SO ORDERED this 18th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE