**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                            No. 4:12CR00243 JLH

MARCUS BLACKMAN
and DEMETRIUS KELLEY                                                                    DEFENDANTS

## ORDER

Following the declaration of a mistrial in this matter, counsel for the government requested permission to contact the jurors. The request is granted.

The Jury Administrator is directed to contact each of the jurors by telephone on the morning of Wednesday, February 19, 2014, to determine if they wish to be contacted by counsel. The names and telephone numbers of those who have indicated they have no objection to being contacted will be provided to attorneys for all parties the afternoon of February 19, 2014.

The government may contact the jurors whose names and phone numbers are provided in this matter but no others.

IT IS SO ORDERED this 18th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE